Dugan Kelley (SBN 207347)
dugan@kelleyclarke.com
Asher Ang (TX Bar No. 24125481)
asher@kelleyclarke.com
(*pending pro hac vice*)
Kelley Clarke, PC
603 E. Broadway Street
Prosper, Texas 75078
Tel. 805-884-9922
Fax 866-611-9852

Attorneys for
CVP-USA INVESTMENT HOLDINGS, LLC
and CVP-USA MANAGEMENT LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN aka "MAX BERGMANN," PATRICK EARL WILLIAMS,<br><br>Defendant.<br><br>WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC (WYOMING ENTITY), OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, JOHN ERIC FRANCOM, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC (CALIFORNIA ENTITY), HIDDEN SPRINGS HOLDINGS GROUP LLC, and ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY,"<br><br>Relief Defendants. | Case No. 8:23-cv-00855-JWH-KES<br><br>**INTERVENORS' NOTICE OF VOLUNTARY DISMISSAL** |

1

# INTERVENORS' NOTICE OF VOLUNTARY DISMISSAL

Intervenors, CVP-USA Investment Holdings LLC and CVP-USA Management LLC, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and (c), hereby dismiss the Motion to Intervene against the Securities and Exchange Commission without prejudice.

Dated July 31, 2023

KELLEY | CLARKE, PC

By: /s/ Dugan Kelley
Dugan Kelley (SBN 207347)
dugan@kelleyclarke.com
603 E. Broadway St.,
Prosper, Texas 75078
Asher Ang (Texas Bar No. 24125481)
(*Pro Hac Vice Pending*)
asher@kelleyclarke.com
Tele: 805-884-9922
Fax: 866-611-9852
Attorneys for **CVP-USA INVESTMENT HOLDINGS LLC and CVP-USA MANAGEMENT LLC.**

# PROOF OF SERVICE

I am employed in the County of Collin, State of Texas. I am over the age of 18 years and not a party to this action. My business address is 603 E. Broadway Street, Prosper, Texas 75078. On July 31, 2023, I served the foregoing document described as **Intervenors' Voluntary Dismissal** on the interested parties in this action:

**SEE ATTACHED SERVICE LIST**

☐ **BY U.S. POSTAL SERVICE:** This document was served by United States mail. I enclosed the document in a sealed envelope or package addressed to the person(s) at the address(es) above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice of collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service at Highland Village, Texas, in a sealed envelope with postage fully paid.

☐ **BY FACSIMILE:** The document(s) were served by facsimile. The facsimile transmission was without error and completed prior to 5:00 p.m. A copy of the transmission report is available upon request.

☐ **BY OVERNIGHT DELIVERY:** The document(s) were served by overnight delivery via FedEx. I enclosed the document in a sealed envelope or package addressed to the person(s) and the address(es) above and placed the envelope(s) for pick-up by FedEx. I am readily familiar with the firm's practice of collection and processing correspondence on the same day with this courier service, for overnight delivery.

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the people at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY HAND DELIVERY:** The document(s) were delivered by hand during the normal course of business, during regular business hours.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 31, 2023, at Prosper, Texas.

/s/ Dugan Kelley
Dugan Kelley

# SERVICE LIST

| | |
|---|---|
| Daniel S. Lim<br>limda@sec.gov<br>Christopher A. Nowlin<br>nowlinc@sec.gov<br>Stephen Tian Li Kam<br>kams@sec.gov<br>Gary Y. Leung<br>leungg@sec.gov<br>444 S. Flower Street, Suite 900<br>Los Angeles, CA 90071<br>Phone: (323) 965-3998<br>Fax: (213) 443-1904 | **Counsel for Plaintiff Securities and Exchange Commission** |
| David Paul Bleistein<br>filings@rosen-law.com<br>Robert Rosen<br>robertrosen@rosen-law.com<br>Rosen and Associates PC<br>660 S. Figueroa Street,<br>Suite 1960<br>Los Angeles, CA 9001<br>Phone: (213) 362-1000<br>Fax: (213) 362-1001 | **Counsel for Defendant: Rolf Max Hirschmann** |
| Mark Dzarnoski<br>mdzarnoski@clarkhill.com<br>Clark Hill, LLP<br>1700 Pavilion Center Drive<br>Suite 500<br>Las Vegas, NV 89135 | **Counsel for Relief Defendant: Alexandria Porter Bovee**<br>**Aka "Aia Montgomery"** |
| Daniel H. Ahn<br>dahn@reedsmith.com<br>Allison L. Kahn<br>akahn@reedsmith.com<br>Jarrad Lucian Wood<br>jlwood@reedsmith.com<br>Reed Smith LLP<br>355 S. Grand Avenue, Suite 2900<br>Los Angeles, CA 90701<br>(213) 817-2624 | **Counsel for Relief Defendants: Michael Delgado,**<br>**Total Solution Construction LLC,**<br>**Bagpipe Holdings LLC,**<br>**Bagpipe Multimedia LLC** |

| | |
|---|---|
| Edward Galston Fates<br>tfates@allenmatkins.com<br>Matthew D. Pham<br>mpham@allenmatkins.com<br>Allen Matkins Leck Gamble Mallory & Natsis, LLP<br>865 S. Figueroa Street<br>Suite 2800<br>Los Angeles, CA 90017<br>Phone (213) 622-5555<br>Fax (213) 620-8816 | **Counsel for Receiver: Krista L. Freitag** |