Daniel H. Ahn (SBN 235023)
Email: dahn@reedsmith.com
Jarrad L. Wood (SBN 310688)
Email: jlwood@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457-8000
Facsimile:  +1 213 457-8080

Attorney for Relief Defendants
Michael Delgado, Total Solution
Construction LLC, Bagpipe Holdings
LLC, and Bagpipe Multimedia LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     v.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS *et al.*,<br><br>          Defendants, and,<br><br>WEST COAST DEVELOPMENT LLC *et al.*,<br><br>          Relief Defendants. | Case No. 8:23-cv-00855-JWH (KESx)<br><br>**UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL COUNSEL'S MOTION TO BE RELIEVED AS COUNSEL FOR RELIEF DEFENDANTS MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, AND BAGPIPE MULTIMEDIA LLC, AND THE DECLARATION OF DANIEL H. AHN IN SUPPORT THEREOF**<br><br>*[Filed Concurrently with Declaration of Daniel H. Ahn; and [Proposed] Order]*<br><br>Hon. John W. Holcomb |

Case 8:23-cv-00855-JWH-KES   Document 139   Filed 08/11/23   Page 2 of 2   Page ID #:3187

# UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Local Rule 79-5.2.2(a), Counsel for Relief Defendants Michael Delgado, Total Solution Construction LLP, Bagpipe Holdings LLP, and Bagpipe Multimedia LLP ("Counsel") hereby request that the Court permit the filing under seal of Counsel's Notice of Motion and Motion to Be Relieved as Counsel ("Motion") and the Declaration of Daniel H. Ahn ("Ahn Declaration") in support thereof.

Local Rule 79-5 allows for maintaining the confidentiality of material submitted to the Court by way of an order sealing selected documents or materials so that they are closed to inspection by the public. There is good cause to seal because the Motion and Ahn Declaration consist of, and refer to, information regarding attorney-client communications. *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003) (holding that neither the public nor collateral litigants have any apparent right to or interest in disclosure of attorney-client communications and attorney work product and there is "no conceivable policy reason to serve up such information on a silver platter").

For the reasons stated in the Ahn Declaration, Counsel respectfully request that the Court grant this Unopposed Application for Leave to File Under Seal.

DATED: August 11, 2023

REED SMITH LLP

By: /s/Daniel H. Ahn
Daniel H. Ahn
Jarrad L. Wood
Allison L. Kahn

Attorneys for Relief Defendants Michael Delgado, Total Solution Construction LLC, Bagpipe Holdings LLC, and Bagpipe Multimedia LLC

Case No. 8:23-cv-00855-JWH (KESx)   – 1 –

COUNSEL'S UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL THEIR MOTION TO BE RELIEVED AS COUNSEL AND THE DECLARATION OF DANIEL H. AHN IN SUPPORT THEREOF