Daniel H. Ahn (SBN 235023)
Email: dahn@reedsmith.com
Jarrad L. Wood (SBN 310688)
Email: jlwood@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071
Telephone: +1 213 457-8000
Facsimile:  +1 213 457-8080

Attorney for Relief Defendants
Michael Delgado, Total Solution Construction LLC, Bagpipe Holdings LLC, and Bagpipe Multimedia LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS *et al.*,<br><br>　　　　　Defendants, and,<br><br>WEST COAST DEVELOPMENT LLC *et al.*,<br><br>　　　　　Relief Defendants. | Case No. 8:23-cv-00855-JWH (KESx)<br><br>**REDACTED DECLARATION OF DANIEL H. AHN IN SUPPORT OF UNOPPOSED APPLICATION FOR LEAVE TO FILE UNDER SEAL**<br><br>*[Filed Concurrently with Application for Leave to File Under Seal; and [Proposed] Order]*<br><br>Hon. John W. Holcomb |

# DECLARATION OF DANIEL H. AHN

I, Daniel H. Ahn, declare:

1. I am an attorney, duly licensed to practice law in the State of California, and I am admitted to practice law before this Court. I am an attorney at the law firm of Reed Smith LLP, the law firm of record for Relief Defendants Michael Delgado, Total Solution Construction LLC, Bagpipe Holdings LLC, and Bagpipe Multimedia LLC ("Relief Defendants") in the above-captioned lawsuit. I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. I make this declaration in support of Counsel for Relief Defendants' ("Counsel") Application for Leave to File Under Seal Their Notice of Motion and Motion to Be Relieved as Counsel and the Declaration of Daniel H. Ahn in Support Thereof ("Application to File Under Seal").

3. Attached hereto as **Exhibit A** is a copy of Counsel's Notice of Motion and Motion to Be Relieved as Counsel.

4. Attached hereto as **Exhibit B** is a copy of the Declaration of Daniel H. Ahn in Support of Counsel's Motion to be Relieved as Counsel.

5. There is good cause to seal the Notice of Motion and Motion to Be Relieved as Counsel ("Motion") and Declaration of Daniel H. Ahn ("Declaration") in support of the Motion, in their entirety, because the substance of both documents consists mostly of attorney-client communications, [REDACTED] Sealing this information is necessary because disclosure will involve sensitive issues relating to (1) the attorney-client relationship as well as [REDACTED] This information is necessary to support Counsel's Motion to Be Relieved as Counsel, the information contained therein is not important to the public in the relevant sense, and disclosure would reveal sensitive information relating to attorney-client communications. *See Foltz v. State Farm Mut.*

Case No. 8:23-cv-00855-JWH (KESx)   – 1 –
DECLARATION OF DANIEL H. AHN

*Auto. Ins. Co.*, 331 F.3d 1122, 1138 (9th Cir. 2003) (holding that neither the public nor collateral litigants have any apparent right to or interest in disclosure of attorney-client communications and attorney work product and there is "no conceivable policy reason to serve up such information on a silver platter").

6.    Plaintiff's Counsel does not oppose Counsel's Application to File Under Seal or their Motion to Be Relieved as Counsel.

7.    Counsel for all other parties to the action do not oppose the relief sought by the Motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on August 11, 2023, in Costa Mesa, California.

By: /s/Daniel H. Ahn
      Daniel H. Ahn

/ / /

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 8:23-cv-00855-JWH (KESx)   – 2 –
DECLARATION OF DANIEL H. AHN