DANIEL S. LIM (Cal. Bar No. 292406)
Email: limda@sec.gov
CHRISTOPHER A. NOWLIN (Cal. Bar No. 268030)
Email: nowlinc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Katharine E. Zoladz, Associate Regional Director and
Acting Co-Regional Director
Gary Y. Leung, Associate Regional Director
Douglas M. Miller, Regional Trial Counsel
444 S. Flower Street, Suite 900
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Southern Division

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN aka "MAX BERGMANN," and PATRICK EARL WILLIAMS,<br><br>Defendants, and<br><br>WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC, OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, JOHN ERIC FRANCOM, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC, HIDDEN SPRINGS HOLDINGS GROUP, LLC, and ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY,"<br><br>Relief Defendants. | Case No. 8:23-cv-00855-JWH-KES<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT AGAINST RELIEF DEFENDANT MICHAEL DELGADO** |

TO THE CLERK OF THE COURT, DEFENDANTS AND RELIEF DEFENDANTS:

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission ("SEC") hereby requests that the Clerk, in accordance with Rule 55(a) of the Federal Rules of Civil Procedure, enter a default against Relief Defendant Michael Delgado ("Delgado") for failure to answer, plead, or otherwise respond to the Complaint filed in this action.

As set forth in the supporting Declaration of Gary Y. Leung, on June 14, 2023, the SEC filed the Waiver of Service of Summons as to Delgado.  *See* Dkt. No. 57. On August 9, 2023, the SEC and Delgado filed a stipulation to extend time for Delgado to file his answer.  Dkt. No. 136.  On August 10, 2023, the Court granted the stipulation extending Delgado's deadline to file his answer to October 9, 2023.  Dkt. No. 137.  Accordingly, Delgado's answer or other response to the Complaint was due under Fed. R. Civ. P. 12(a)(1)(A)(i) on October 9, 2023.  As of this date, the SEC has received no answer or other response by Delgado.

Dated:  November 1, 2023

Respectfully submitted,

*/s/ Gary Y. Leung*
Gary Y. Leung
Daniel S. Lim
Christopher A. Nowlin
Attorneys for Plaintiff
Securities and Exchange Commission

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On November 1, 2023, I caused to be served the document entitled **REQUEST FOR CLERK TO ENTER DEFAULT AGAINST RELIEF DEFENDANT MICHAEL DELGADO** on all the parties to this action addressed as stated on the attached service list:

☒    **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐    **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐    **EXPRESS U.S. MAIL:**  Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐    **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐    **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒    **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒    **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐    **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 1, 2023                    */s/ Gary Y. Leung*

                                          Gary Y. Leung

***SEC v. Integrated National Resources Inc. dba WeedGenics, et al.***
***United States District Court—Central District of California***
***Case No. 8:23-cv-00855-JWH-KES***

## SERVICE LIST

Christopher P. Hotaling
Nixon Peabody LLP
70 W. Madison, Suite 5200
Chicago, IL 60602-4378
(chotaling@nixonpeabody.com)
***Counsel for Defendant Rolf Max Hirschmann and Relief Defendants Oceans 19***
***Inc., Autobahn Performance LLC, One Click General Media Inc., and Opus***
***Collective***

Christopher D. Grigg
Nixon Peabody LLP
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
(cgrigg@nixonpeabody.com)
***Counsel for Defendant Rolf Max Hirschmann and Relief Defendants Oceans 19***
***Inc., Autobahn Performance LLC, One Click General Media Inc., and Opus***
***Collective***

Patrick Earl Williams
█████████████
St. Petersburg, FL ████████
(████████████@gmail.com)
(███████████@gmail.com)
(████████████@gmail.com)
(███████████@gmail.com)

Michael Delgado
███████████████
Orange, CA ████████
(█████████@gmail.com)

Michael G. Freedman
THE FREEDMAN FIRM PC
10100 Santa Monica Boulevard, Suite 300
Los Angeles, CA 90067
(michael@thefreedmanfirm.com)
***Counsel for Relief Defendant Tyler Campbell, INR Consulting LLC (California***
***Entity) and Hidden Springs Holdings Group LLC***

4

Matthew M. Clarke
Kelley Clarke PC
603 E. Broadway Street
Prosper, TX 75078
(matt@kelleyclarke.com)
***Counsel for Relief Defendant John Eric Francom and INR-CA Investment Holdings, LLC***

Jeffrey W. Shields
Rick A. Varner
Shields Law Offices
1920 Main Street, Suite 1160
Irvine, CA 92614
(jeff@shieldslawoffices.com)
(rick@shieldslawoffices.com)
***Counsel for Relief Defendant John Eric Francom and INR-CA Investment Holdings, LLC***

Mark Dzarnoski
Clark Hill LLP
1700 Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
(mdzarnoski@clarkhill.com)
***Counsel for Relief Defendant Alexandria Porter Bovee aka "Aia Montgomery"***

Donald L. Ridge
Clark Hill LLP
555 S. Flower Street, 24th Floor
Los Angeles, CA 90071
(dridge@clarkhill.com)
***Counsel for Relief Defendant Alexandria Porter Bovee aka "Aia Montgomery"***

Edward (Ted) Fates
Allen Matkins Leck Gamble Mallory & Natsis LLP
600 W. Broadway, 27th Floor
San Diego, CA 92101
(tfates@allenmatkins.com)
***Counsel for Permanent Receiver Krista Freitag***

Matthew D. Pham
Allen Matkins Leck Gamble Mallory & Natsis LLP
865 S. Figueroa Street, Suite 2800
Los Angeles, CA 90017
(mpham@allenmatkins.com)
***Counsel for Permanent Receiver Krista Freitag***

Tyler R. Dowdall
Tarter Krinsky & Drogin LLP
2029 Century Park East, Suite 400N
Los Angeles, CA 90067
(tdowdall@tarterkrinsky.com)
*Special Conflicts Counsel for Receiver Krista Freitag*

Krista Freitag
E3 Advisors
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
(kfreitag@ethreeadvisors.com)
*Permanent Receiver over Defendant Integrated National Resources Inc. dba WeedGenics and Relief Defendants West Coast Development LLC, INR Consulting LLC (Wyoming Entity), Oceans 19 Inc., Autobahn Performance LLC, One Click General Media Inc. Opus Collective, INR Consulting LLC (California Entity), Hidden Springs Holdings Group LLC Total Solution Construction LLC, Bagpipe Holdings LLC, Bagpipe Multimedia LLC and Temporary Receiver over INR-CA Investment Holdings, LLC*