# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>       Plaintiff,<br><br>  vs.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN, PATRICK EARL WILLIAMS,<br><br>       Defendants, and<br><br>WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC (WYOMING ENTITY), OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, JOHN ERIC FRANCOM, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC (CALIFORNIA ENTITY), HIDDEN SPRINGS HOLDINGS GROUP LLC, and ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY,"<br><br>       Relief Defendants. | Case No. 8:23-cv-00855-JWH-KES<br><br>**JUDGMENT AS TO RELIEF DEFENDANTS WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC (WYOMING ENTITY), OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, INR-CA INVESTMENT HOLDINGS, LLC, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, INR CONSULTING LLC (CALIFORNIA ENTITY), HIDDEN SPRINGS HOLDINGS GROUP LLC** |

Plaintiff The Securities and Exchange Commission having filed a Complaint and Relief Defendants West Coast Development LLC, INR Consulting LLC (Wyoming Entity), Oceans 19 Inc., Autobahn Performance LLC, One Click General Media Inc., Opus Collective, INR-CA Investment Holdings, LLC, Total Solution Construction LLC, Bagpipe Holdings LLC, Bagpipe Multimedia LLC, INR Consulting LLC (California Entity), and Hidden Springs Holdings Group LLC (collectively "Relief Defendants"), having entered a general appearance; consented to the Court's jurisdiction over Relief Defendants and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1.    Relief Defendants shall pay disgorgement of ill-gotten gains and prejudgment interest thereon.  The Court shall determine the amounts of the disgorgement upon motion of the Commission.  Prejudgment interest shall be calculated based on the rate of interest used by the Internal Revenue Service for the underpayment of federal income tax as set forth in 26 U.S.C. § 6621(a)(2).  In connection with the Commission's motion for disgorgement, and at any hearing held on such a motion:

a.    Relief Defendants may not challenge the validity of the Consent or this Judgment;

b.    solely for the purposes of such motion, the allegations of the Complaint shall be accepted as and deemed true by the Court; and

c.    the Court may determine the issues raised in the motion on the basis of affidavits, declarations, excerpts of sworn deposition or investigative testimony, and documentary evidence, without regard to the standards for summary judgment contained in Rule 56(c) of the Federal Rules of Civil Procedure.

2

In connection with the Commission's motion for disgorgement, the parties may take discovery, including discovery from appropriate non-parties.

2. The Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendants shall comply with all of the undertakings and agreements set forth therein.

3. This Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

**IT IS SO ORDERED.**

Dated: May 17, 2024

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE