# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN, PATRICK EARL WILLIAMS,<br><br>Defendants, and<br><br>WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC (WYOMING ENTITY), OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC (CALIFORNIA ENTITY), | Case No. 8:23-cv-00855-JWH-KES<br><br>**JUDGMENT AS TO RELIEF DEFENDANTS WEST COAST DEVELOPMENT LLC; INR CONSULTING LLC (WYOMING ENTITY); OCEANS 19 INC.; AUTOBAHN PERFORMANCE LLC; ONE CLICK GENERAL MEDIA INC.; OPUS COLLECTIVE; INR-CA INVESTMENT HOLDINGS, LLC; TOTAL SOLUTION CONSTRUCTION LLC; BAGPIPE HOLDINGS LLC; BAGPIPE MULTIMEDIA LLC; INR CONSULTING LLC (CALIFORNIA ENTITY); AND HIDDEN SPRINGS HOLDINGS GROUP LLC** |

| | |
|---|---|
| 1 | HIDDEN SPRINGS HOLDINGS GROUP LLC, and |
| 2 | ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY," |
| 3 | Relief Defendants. |

The Securities and Exchange Commission having filed a Complaint and Relief Defendants West Coast Development LLC; INR Consulting LLC (Wyoming Entity); Oceans 19 Inc.; Autobahn Performance LLC; One Click General Media Inc.; Opus Collective; INR-CA Investment Holdings, LLC; Total Solution Construction LLC; Bagpipe Holdings LLC; Bagpipe Multimedia LLC; INR Consulting LLC (California Entity); and Hidden Springs Holdings Group LLC (collectively "Relief Defendants") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendants and the subject matter of this action; consented to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Judgment:

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Relief Defendant West Coast Development LLC is liable, jointly and severally with Defendant Integrated National Resources Inc. dba Weedgenics and Relief Defendant INR Consulting LLC (Wyoming Entity), for disgorgement of $6,999,808, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $2,575,744, for a total of $9,575,552.  This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

2. Relief Defendant INR Consulting LLC (Wyoming Entity) is liable, jointly and severally with Defendant Integrated National Resources Inc. dba Weedgenics and Relief Defendant West Coast Development LLC, for disgorgement of $6,999,808, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $2,575,744, for a total of $9,575,552.  This obligation will be

deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

3. Relief Defendant Oceans 19 Inc. is liable, jointly and severally with Relief Defendants Autobahn Performance LLC, One Click General Media Inc., and Opus Collective, for disgorgement of $20,450,473, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $7,525,232.65, for a total of $27,975,705.60. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

4. Relief Defendant Autobahn Performance LLC is liable, jointly and severally with Relief Defendants Oceans 19 Inc., One Click General Media Inc., and Opus Collective, for disgorgement of $20,450,473, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $7,525,232.65, for a total of $27,975,705.60. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

5. Relief Defendant One Click General Media Inc. is liable, jointly and severally with Relief Defendants Oceans 19 Inc., Autobahn Performance LLC, and Opus Collective, for disgorgement of $20,450,473, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $7,525,232.65, for a total of $27,975,705.60. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

6. Relief Defendant Opus Collective is liable, jointly and severally with Relief Defendants Oceans 19 Inc., Autobahn Performance LLC, and One Click General Media Inc., for disgorgement of $20,450,473, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $7,525,232.65, for a total of

$27,975,705.60. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

7. Relief Defendant Total Solution Construction LLC is liable, jointly and severally with Relief Defendants Bagpipe Holdings LLC and Bagpipe Multimedia LLC, for disgorgement of $5,379,343, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,979,455.83, for a total of $7,358,798.83. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

8. Relief Defendant Bagpipe Holdings LLC is liable, jointly and severally with Relief Defendants Total Solution Construction LLC and Bagpipe Multimedia LLC, for disgorgement of $5,379,343, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,979,455.83, for a total of $7,358,798.83. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

9. Relief Defendant Bagpipe Multimedia LLC is liable, jointly and severally with Relief Defendants Total Solution Construction LLC and Bagpipe Holdings LLC, for disgorgement of $5,379,343, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,979,455.83, for a total of $7,358,798.83. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

10. Relief Defendant INR Consulting LLC (California Entity) is liable, jointly and severally with Relief Defendant Hidden Springs Holdings Group LLC, for disgorgement of $3,073,974, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,131,141.03, for a total of $4,205,115.03. This

obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

11. Relief Defendant Hidden Springs Holdings Group LLC is liable, jointly and severally with Relief Defendant INR Consulting LLC (California Entity), for disgorgement of $3,073,974, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $1,131,141.03, for a total of $4,205,115.03. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

12. Relief Defendant INR-CA Investment Holdings, LLC is liable for disgorgement of $678,078, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $249,514.74, for a total of $927,592.74. This obligation will be deemed satisfied by the amount the Court-appointed Equity Receiver ultimately collects and distributes.

13. The Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendants shall comply with all of the undertakings and agreements set forth therein.

14. This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

**IT IS SO ORDERED.**

Dated: February 10, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE