UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN, PATRICK EARL WILLIAMS,<br><br>Defendants, and<br><br>WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC (WYOMING ENTITY), OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC (CALIFORNIA ENTITY), | Case No. 8:23-cv-00855-JWH-KESx<br><br>**FINAL JUDGMENT AS TO RELIEF DEFENDANT ALEXANDRIA PORTER BOVEE AKA "AIA MONTGOMERY"** |

| | |
|---|---|
| 1 | HIDDEN SPRINGS HOLDINGS GROUP LLC, and |
| 2 | ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY," |
| 3 | Relief Defendants. |

The Securities and Exchange Commission having filed a Complaint and Relief Defendant Alexandria Porter Bovee aka "Aia Montgomery" ("Relief Defendant") having entered a general appearance; consented to the Court's jurisdiction over Relief Defendant and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in Sections 6 & 7); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. Relief Defendant is liable for disgorgement of $283,000, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $36,848.71, for a total of $319,848.71. Relief Defendant shall satisfy this obligation by paying $319,848.71 to the Securities and Exchange Commission, as outlined below:

    a. Relief Defendant may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Relief Defendant may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Relief Defendant as a party in this action; and specifying that payment is made pursuant to this Final Judgment.

   b. Relief Defendant shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action. By making this payment, Relief Defendant relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendant.

   c. The Commission shall hold the funds (collectively, the "Fund") until further order of this Court. The SEC may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.

   d. The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment. Relief Defendant shall pay post judgment interest on any amounts due after 30 days of entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

  2. Within three days after being served with a copy of this Final Judgment, J.P. Morgan Chase Bank ("Chase") shall transfer the entire balance of the Relief Defendant's bank account ending in x5482, which was frozen pursuant to an Order of this Court, to the Commission.[1] Chase may transmit payment electronically to the Commission which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly

---

[1] Order Granting Parties' Joint Stipulated Request for a Preliminary Injunction Order [ECF No. 113].

from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Chase also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

3. Relief Defendant, within 60 days after this Final Judgment is entered, sell her 2017 Porsche Macan (VIN # WP1AA2A54HLB04782) at the direction of the Office of Collections, which may require the appointment of a liquidation agent, and remit the proceeds to the SEC, as described above.

4. Relief Defendant, within 90 days after this Final Judgment is entered, remit the remaining balance on the disgorgement and prejudgment interest to the SEC, as described above, or, within 180 days after this Final Judgment is entered, sell her South Carolina property described in this Court's prior order as "lot No. 14, Containing 5.00 Acres, more or less, River Run Subdivision,"[2] at the direction of the Office of Collections, which may require the appointment of a liquidation agent, and remit from those proceeds the remaining balance on the disgorgement and prejudgment interest to the SEC, as described above.

---

[2] *See id.* at ¶ 2(b).

5. The Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendant shall comply with all of the undertakings and agreements set forth therein.

6. Solely for purposes of exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. § 523, the allegations in the Complaint are true and admitted by Relief Defendant, and further, any debt for disgorgement, prejudgment interest, civil penalty or other amounts due by Relief Defendant under this Final Judgment or any other judgment, order, consent order, decree or settlement agreement entered in connection with this proceeding, is a debt for the violation by Defendants of the federal securities laws or any regulation or order issued under such laws, as set forth in Section 523(a)(19) of the Bankruptcy Code, 11 U.S.C. § 523(a)(19).

7. This Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

**IT IS SO ORDERED.**

Dated: February 12, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE