JENNIFER A. YOUNGS (*pro hac vice*)
100 F Street NE / Mail Stop 5631
Washington, DC 20549-5631
Email: youngsj@sec.gov
Telephone: 202.551.6139
Counsel for Securities and Exchange Commission

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Southern Division**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br><br>vs.<br><br>INTEGRATED NATIONAL RESOURCES, INC. dba WEEDGENICS, ROLF MAX HIRSCHMANN aka "MAX BERGMANN," and PATRICK EARL WILLIAMS,<br><br>Defendants, and<br><br>WEST COAST DEVELOPMENT LLC, INR CONSULTING LLC, OCEANS 19 INC., AUTOBAHN PERFORMANCE LLC, ONE CLICK GENERAL MEDIA INC., OPUS COLLECTIVE, JOHN ERIC FRANCOM, INR-CA INVESTMENT HOLDINGS, LLC, MICHAEL DELGADO, TOTAL SOLUTION CONSTRUCTION LLC, BAGPIPE HOLDINGS LLC, BAGPIPE MULTIMEDIA LLC, TYLER CAMPBELL, INR CONSULTING LLC, HIDDEN SPRINGS HOLDINGS GROUP, LLC, and ALEXANDRIA PORTER BOVEE aka "AIA MONTGOMERY,"<br><br>Relief Defendants. | Case No. 8:23-cv-00855-JWH-KES<br><br>**STIPULATION TO CONTINUE HEARING FROM OCTOBER 16, 2026 TO OCTOBER 23, 2026** |

Plaintiff Securities and Exchange Commission ("SEC") and Defendant Michael Delgado ("Delgado") herby stipulate and agree:

WHEREAS, on August 5, 2026, Delgado filed a Notice of Motion and Motion to Unfreeze Personal Bank Accounts (Dkt. No. 430);

WHEREAS, the Court set the hearing on Delgado's Motion for October 16, 2026, at 9:00 a.m. (Dkt. No. 432);

WHEREAS the SEC filed its Opposition to Delgado's Motion and a Motion to Transfer Frozen Funds to Receiver for Disbursement to Harmed Investors and for Application Toward Judgment Debt for Defendants Michael Delgado, Patrick Williams, Rolf Hirschmann, and Tyler Campbell (Dkt. No. 439); and

WHEREAS, lead counsel on the issues of SEC's collection of the outstanding judgment against Delgado, Patrick Williams, Rolf Hirschmann, and Tyler Campbell has an unreconcilable scheduling conflict;

NOW, THEREFORE, the SEC and Delgado hereby stipulate, for good cause, that the hearing currently set for Friday, October 16, 2026, at 9:00 a.m., be continued to Friday, October 23, 2026, at 9:00 a.m.

IT IS SO STIPULATED.

DATED: October 1, 2026

Respectfully submitted,

*/s/ Jennifer A. Youngs*
Jennifer A. Youngs
Counsel for Plaintiff
Securities and Exchange Commission

/s/ *Michael Delgado by email authorization on September 29, 2026*
Michael Delgado
Relief Defendant

**LOCAL RULE 5-4.3.4(a)(2)(i) CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Jennifer Youngs, attest that all signatories identified above, and on whose behalf the filing is submitted, concur in the filing's content, and have authorized the filing.

*/s/ Jennifer A. Youngs*
Counsel for Plaintiff
Securities and Exchange Commission

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
100 F Street NE / Mail Stop 5631
Washington, DC 20549-5631
Telephone No. (202) 551-6139

I caused to be served the document entitled **STIPULATION TO CONTINUE HEARING FROM OCTOBER 16, 2026 TO OCTOBER 23, 2026** on all the parties to this action addressed as stated on the attached service list:

☒ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☒ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: October 1, 2026

*/s/ Jennifer A. Youngs*
Jennifer A. Youngs

# SERVICE LIST

Christopher Grigg (via CM/ECF)
Christopher Hotaling (via CM/ECF)
Stephen LaRose (via CM/ECF)
Nixon Peabody LLP
One California Plaza 300 South Grand Avenue, Suite 4100
Los Angeles, CA 90071
cgrigg@nixonpeabody.com
chotaling@nixonpeabody.com
slarose@nixonpeabody.com
***Attorneys for Defendant Rolf Hirschmann***

Patrick Earl Williams
REDACTED
St. Petersburg, FL
and via email at m*@gmail.com, p*@gmail.com, b*@gmail.com, p*@gmail.com

Michael Delgado
REDACTED
Los Alamitos CA 90720
and via email at m***@gmail.com

Michael Gregory Freedman (via CM/ECF)
Freedman Firm PC
1801 Century Park East, Suite 450
Los Angeles, CA 90067
michael@thefreedmanfirm.com
***Attorney for Tyler Campbell***

Edward Galston Fates (via CM/ECF)
Matthew David Pham (via CM/ECF)
Allen Matkins Leck Gamble Mallory and Natsis, LLP
600 West Broadway 27th Floor
San Diego, CA 92101-0903
tfates@allenmatkins.com
mpham@allenmatkins.com
***Attorneys for Krista Freitag, Receiver***

Tyler Dowdall (via CM/ECF)
Tarter Krinsky and Drogin LLP
1880 Century Park East, Suite 1104
Los Angeles, CA 90067
tdowdall@tarterkrinksy.com
***Attorney for Krista Freitag, Receiver***